**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PAULINE FERMANIS and GEORGE MOORE, III, | ) | |
| Plaintiff, | ) | Civil Action File No: **1:16-cv-00620-MHC** |
| v. | ) | |
| SENECA INSURANCE COMPANY, INC., | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this 25th day of May 2016 served upon the Defendant a copy of the following:

1. **Subpoena To Produce Documents to Collins and Company;**
2. **Subpoena To Produce Documents to CGM Accounting Associates, and;**
3. **Subpoena To Produce Documents to J.S. Held, LLC**

in this matter by Email and U.S. Mail, addressed as follows:

Paul W. Burke (Email: BurkeP@deflaw.com)
Eric Mull (Email: MullE@deflaw.com)
Drew, Eckl & Farnham, LLP
880 W. Peachtree Street
Atlanta, GA 30357

*Counsel for Seneca Insurance Company, Inc.*

The Johnson Insurance Law Group, LLC

/s/ Laurie E. Dugoniths
C. Michael Johnson
Georgia Bar No. 392550
Laurie E. Dugoniths
Georgia Bar No. 232297

*Counsel For Plaintiff Pauline Fermanis and George Moore III*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by ECF Filing:

This 25th day of May 2016.

/*s*/ Laurie E. Dugoniths