**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PAULINE FERMANIS and GEORGE MOORE, III, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action File No: 1:16-cv-00620-MHC |
| SENECA INSURANCE COMPANY, INC., | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **PRIVILEGE LOG FOR JS HELD'S RESPONSE TO PLAINTIFF'S NON-PARTY SUBPOENA TO JS HELD** upon all parties to this matter using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record in this case.

C. Michael Johnson
Laurie E. Dugoniths
The Johnson Insurance Law Group, LLC
1629 Monroe Dr.
Atlanta, GA 30324
mjohnson@TJILG.com
ldugoniths@tjilg.com

This 8th day of June, 2016.

*/s/ Paul W. Burke*
Paul W. Burke
Georgia Bar No. 095642

Atlanta, Georgia 30357-0600
Telephone: (404) 885-1400
Counsel for Defendant certifies that this pleading complies with Local Rule 7.1D.
6484763/1
05596-120700